**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80040-CIV-CANNON**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**LGM PHARMA LLC,**
**PRASAD RAJE** and
**SHAILESH VENGURLEKAR**,

       Defendants.

_____/

<u>**ORDER REQUIRING NOTICE OF APPEARANCE**</u>

      **THIS CAUSE** comes before the Court upon a sua sponte review of the record.  Although the parties have stipulated to entry of a permanent injunction and filed executed documents to that effect [ECF No. 4], no notice of attorney appearance has been filed on behalf of Defendants LGM Pharma LLC, Prasad Raje, or Shailesh Vengurlekar.

      Accordingly, it is hereby **ORDERED AND ADJUDGED** that, on or before **January 27, 2023**, counsel representing Defendants LGM Pharma LLC, Prasad Raje, and Shailesh Vengurlekar shall file a notice of appearance in this matter.

      **DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 13th day of January 2023.

                             _____
                             **AILEEN M. CANNON**
                             **UNITED STATES DISTRICT JUDGE**

CASE NO. 23-80040-CIV-CANNON

cc:     counsel of record

        Eric H. Sussman
        Barnes & Thornburg LLP
        One North Wacker Drive
        Suite 400
        Chicago, IL 60606

        Lee H. Rosebush
        Baker & Hostetler LLP
        Washington Square, Suite 1100
        1050 Connecticut Avenue, N.W.
        Washington, DC 20036