UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80040-CIV-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**LGM PHARMA LLC,
PRASAD RAJE** and
**SHAILESH VENGURLEKAR**,

    Defendants.

_____/

**ORDER REQUIRING COMPLIANCE WITH
<u>CONSENT DECREE OF PERMANENT INJUNCTION AND CLOSING CASE</u>**

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation to Entry of Consent Decree of Permanent Injunction [ECF No. 4] and corresponding Consent Decree [ECF No. 4-1], filed on January 12, 2023.  The parties stipulate to entry of the signed Consent Decree as the Court's final order and judgment in this case, with each party agreeing to bear its own attorneys' fees and costs [ECF No. 4].  The Court retains jurisdiction to enforce and modify the Consent Decree of Permanent Injunction and to grant such additional relief as may be appropriate [ECF No. 4-1 ¶ 28].

Having reviewed the parties' Consent Decree of Permanent Injunction [ECF No. 4-1], it is hereby:

**ORDERED AND ADJUDGED** that:

1. The parties' Consent Decree of Permanent Injunction [ECF No. 4-1] is approved as an Order of this Court.  The parties are ordered to comply with the terms of the Consent Decree of Permanent Injunction.

2. The Court reserves jurisdiction to enforce compliance with, and remedy any violation, of the parties' Consent Decree of Permanent Injunction [ECF No. 4-1].

3. The Clerk shall **CLOSE** this case. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 30th day of January 2023.

											_____
											**AILEEN M. CANNON**
											**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record